**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7822**

─────────────

DONALD HARDING,

                              Petitioner - Appellant,

        versus

DEAN R. WALKER, Superintendent,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, Chief District Judge.  (CA-00-140-5-1-MU)

─────────────

Submitted:  June 21, 2001              Decided:  June 27, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Donald Harding, Appellant Pro Se.  Sandra Wallace-Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Harding seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Harding v. Walker</u>, No. CA-00-140-5-1-MU (W.D.N.C. Dec. 6, 2000). We also deny Harding's motion to compel preparation of a trial transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>